# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

NICK AND BASHAR, LLC,

    Plaintiff,

v.

                                              Case No.

SCOTTSDALE INSURANCE
COMPANY,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF REMOVAL OF A CIVIL ACTION

COMES NOW, Defendant, Scottsdale Insurance Company (hereinafter "Scottsdale"), a foreign corporation, by and through counsel, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, and hereby gives notice of removal of a civil action from the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, to the United States District Court for the Middle District of Florida, Orlando Division, and alleges as follows:

1. On or about November 14, 2023, Plaintiff, Nick and Bashar, LLC, commenced a civil action against Defendant, Scottsdale, in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, where the matter is now pending under Case Number 2023-CA-016801-O and is captioned *Nick and Bashar, LLC v. Scottsdale Insurance Company* (the "State Court Action").

2. On November 16, 2023, Plaintiff served the Chief Financial Officer of the State of Florida (the "CFO"), as the statutory service of process agent for Scottsdale, with the Summons, Complaint, Plaintiff's Notice of Designation of E-Mail Address, Plaintiff's First Request for Production, Notice of Service of Plaintiff's First Set of Interrogatories to Defendant, Civil Cover Sheet, Standing Case Management Plan/Order (General Track), and Plaintiff's Letter to Scottsdale Requesting Deposition Dates.

3. On November 17, 2023, the CFO forwarded to Scottsdale, via electronic delivery, the service documents attached hereto, namely the Complaint as **Exhibit "A"**, and the Notice of Service of Process, Summons, Plaintiff's Notice of Designation of E-Mail Address, Plaintiff's First Request for Production, Notice of Service of Plaintiff's First Set of Interrogatories to Defendant, Civil Cover Sheet, Standing Case Management Plan/Order (General Track), and Plaintiff's Letter to Scottsdale Requesting Deposition Dates, which are included in the remaining state court documents as **Composite Exhibit "D"**.

4. Pursuant to section 624.423(2), Florida Statutes, service of process upon an insurer is only valid and binding once it has been transmitted to the insurer by the CFO. *Home Life Ins. Co. v. Regueira*, 243 So. 2d 460 (Fla. 2nd DCA 1970). Thus, service of process on Scottsdale was effective on November 17, 2023.

5.     Scottsdale has removed the case to this Court within 30 days of its receipt of service of process. 28 U.S.C. § 1446(b)(1) provides:

> The notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within 30 days after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter.

Thus, Scottsdale's Notice of Removal of a Civil Action is timely filed.

6.     Nick and Bashar LLC is and at all times pertinent hereto has been the Named Insured under the insurance policy, Policy Number CPS7573118, issued by Scottsdale for the policy period from May 12, 2022 to May 12, 2023 (the "Policy"), which provides commercial property coverage for the premises located at 2401 South Rio Grande Ave, Orlando, Florida 32805 (the "Property"), subject to the terms, limits, exclusions, definitions, deductibles, limitations, conditions, and sub-limits set forth within in the Policy. See the true and correct copy of the Policy incorporated in Scottsdale's Answer and Affirmative Defenses to Plaintiff's Complaint and Scottsdale's Notice of Filing Exhibit A to Answer and Affirmative Defenses, attached hereto as **Composite Exhibit "B"**.

7.     Plaintiff's citizenship is completely diverse from Defendant's. Nick & Bashar, LLC is registered with the Florida Secretary of State, Division of

Corporations, as a Florida Limited Liability Corporation with its current principal place of business at 2401 South Rio Grande Ave, Orlando, Florida 32805, and consists of two members, Nidal Alqabalan and Bashar Alkabalan (elsewhere stated as Bashar Al Kabalan), who are the only members in interest.  Pursuant to Duval County Tax Collector records, Nidal Alqabalan claims a homestead exemption for the property located at 3548 Silvery Lane, Jacksonville, Florida 32217, and is therefore a citizen of the State of Florida.  Also, pursuant to Duval County Tax Collector records, Bashar Al Kabalan claims a homestead exemption for the property located at 9410 Cedar Dell Court, Jacksonville, Florida 32257, and is therefore a citizen of the State of Florida.  See the Electronic Articles of Organization for Nick & Bashar, LLC, dated September 23, 2016, and the 2023 Florida Limited Liability Company Annual Report of Nick & Bashar, LLC, dated March 27, 2023, both as filed with the Florida Secretary of State, attached hereto as **Composite Exhibit "E"**.  Moreover, the Common Policy Declarations list the Mailing Address of the Named Insured as 2401 South Rio Grande Ave, Orlando, Florida 32805.  *See* Ex. "B".  Accordingly, Plaintiff has its principal place of business in Florida and is a citizen of Florida for diversity jurisdiction purposes.

8. Scottsdale is, and at all times pertinent hereto, has been a foreign corporation organized and existing under the laws of the State of Ohio with its principal place of business in Columbus, Ohio.  Scottsdale is eligible to transact

insurance business in the State of Florida pursuant to the Florida Surplus Lines Law, § 626.913, Fla. Stat., et seq.  For purposes of diversity jurisdiction, Scottsdale is deemed to be a citizen of the State of Ohio under 28 U.S.C. § 1332.  See the electronic records summary obtained from the Ohio Department of State, Business Database, attached hereto as **Exhibit "F"**.

9. There is complete diversity of citizenship among the parties to the State Court Action.  At the time of the commencement of the State Court Action and since that time, Plaintiff was and is a citizen of the State of Florida.  The sole Defendant, Scottsdale, was and is not a citizen of the State of Florida.

10. Further, the amount in controversy, including damages allegedly owed by the sole Defendant, exclusive of interest, attorney fees, and costs, exceeds the sum of $75,000.00.

11. In the Complaint, Plaintiff asserts one count for breach of contract under the Policy.  Plaintiff alleges that "[o]n or about September 28, 2022, the Property sustained a direct physical loss as a result of Hurricane Ian, which caused considerable damages and losses," and "Defendant has breached the Policy by failing to pay the benefits due and owing under the Policy for a covered cause of loss during the policy period."  Plaintiff seeks damages with interest, court costs, and attorney's fees and costs.  *See* Ex. "A", ¶¶ 8 and 19, and the prayer for relief of Count I of the Complaint.

12. Plaintiff's allegations in the State Court Action are denied in their entirety, except for those facts further discussed that are necessary to the removal of this action.

13. Plaintiff reported a claim to Scottsdale for benefits under the Policy for damages allegedly sustained to the Property due to Hurricane Ian on or about September 28, 2022 (the "Subject Loss"). Plaintiff's public adjuster, Claims Advocate Resolution Experts (the "PA"), provided Scottsdale with an estimate in the total amount of $139,508.36 replacement cost value (RCV) /$118,561.60 actual cost value (ACV) for damages related to the Subject Loss (the "Insured's Estimate"). The Insured's Estimate is attached hereto as **Exhibit "G"**.

14. Plaintiff thereafter submitted a Sworn Statement in Proof of Loss that states a total amount claimed of $131,508.36, which is the RCV amount of the Insured's estimate less the Policy's $8,000.00 deductible. The Sworn Statement in Proof of Loss is attached hereto as **Exhibit "H"**.

15. On June 13, 2023, the PA submitted a settlement demand to Scottsdale in the same amount of $131,508.36 after application of the deductible. The Insured's settlement demand letter is attached hereto as **Exhibit "I"**.

16. On September 26, 2023, Plaintiff's counsel filed a Property Insurance Notice of Intent to Initiate Litigation, bearing filing number 145144 (the "Notice"), with the Florida Department of Financial Services on Plaintiff's behalf regarding

this claim. The Notice state a pre-suit settlement demand in the amount of $132.508.00, inclusive of attorney's fees and costs, and an estimate of damages in the amount of $139,508.36, following alleged acts or omissions by the insurer other than a denial of coverage. The Notice is attached hereto as **Exhibit "J"**.

17. Scottsdale accepted coverage for the wind damages pursuant to the Policy and determined the cost of repairs totaled $1,431.74, which fell below the Policy's applicable $8,000.00 wind deductible. Scottsdale denied coverage for those damages caused by excluded perils. Thus, no payment was issued for the Subject Loss.

18. Therefore, the total amount of damages in dispute between the parties, exclusive of interest, attorney fees, and costs, is approximately $130,076.62, which is the difference between Scottsdale's estimate for covered repairs and the amount sought by Plaintiff for alleged damage to the Property from Hurricane Ian, less the Policy's wind deductible.

19. This Court has original jurisdiction over this action, pursuant to the provisions of 28 U.S.C. § 1332(a) and (c), because the citizenships of the sole Plaintiff and the sole Defendant are completely diverse, and the amount in controversy exceeds $75,000.00, exclusive of interest, attorney fees, and costs.

20. 28 U.S.C. § 1441(a) provides:

> Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of

> which the district courts of the United States have original jurisdiction, may be removed by the defendant or defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

The United States District Court for the Middle District of Florida embraces Orange County, Florida, the place where the State Court Action is pending. Because this Court has original jurisdiction over the matter pursuant to 28 U.S.C. § 1332, removal to this Court is proper pursuant to 28 U.S.C. § 1441(a).

21. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 1.06(b), copies of all other process, pleadings, motions, and orders of the State Court Action currently on file in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, are attached hereto, namely the Docket Sheet as **Exhibit "C"**, and all remaining state court documents, inclusive of Scottsdale's Notice of Appearance and E-mail Designations, Scottsdale's Letter to Judge Chad K. Alvaro enclosing proposed order, and the earlier named service documents, as **Composite Exhibit "D"**.

22. On this date, Scottsdale filed its Notice of Filing Notice of Removal, Certification of Notice of Removal, and Notice to Counsel of Removal of a Civil Action with the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, copies of which are attached hereto as **Composite Exhibit "K"**.

WHEREFORE, Defendant, Scottsdale Insurance Company, prays that the

above-styled action be removed from the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida to the United States District Court for the Middle District of Florida, Orlando Division.

Dated: December 15, 2023.

Respectfully submitted,

**PHELPS DUNBAR LLP**

*/s/ Patricia A. McLean*
Patricia A. McLean, Esq.
Fla. Bar No. 129143
Email: patricia.mclean@phelps.com
Chancey O. Smith, Esq.
Fla. Bar No. 122255
Email: chancey.smith@phelps.com
100 South Ashley Drive, Suite 2000
Tampa, Florida 33602
Telephone: (813) 472-7550
Facsimile: (813) 472-7570
*Attorneys for Defendant, Scottsdale Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 15, 2023, I electronically filed the foregoing Notice of Removal with the Clerk of Court via the CM/ECF system. I further certify that a true and correct copy of the foregoing was served by e-mail to all parties on the Service List below.

/s/ Patricia A. McLean
Attorney

**SERVICE LIST**

Mohammad Mubarak, Esq.
Mohammad Sherif, Esq.
A. Abidemi Oladipo, Esq.
**MUBARAK, SHERIF & OLADIPO, PLLC**
15257 Amberly Drive
Tampa, Florida 33647
mmubarak@mso.law
msherif@mso.law
aoladipo@mso.law
*Attorneys for Plaintiff, Nick and Bashar, LLC*