# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

NICK & BASHAR, LLC,

    Plaintiffs,

v.                                    Case No. 6:23-CV-02415-WWB-LHP

SCOTTSDALE INSURANCE COMPANY,

    Defendants.

_____

## JOINT NOTICE OF SETTLEMENT

      Plaintiff, NICK & BASHAR, LLC, and Defendant, SCOTTSDALE INSURANCE COMPANY, by and through their respective undersigned counsel, hereby jointly notify the Court that they have reached a negotiated settlement of this matter pursuant to Local Rule 3.09. The Parties anticipate that the settlement agreement will be reduced to writing and finalized within the next 30 days.

Submitted this 1st day of November 2024.

*/s/ Chancey O. Smith*                              */s/ Mohammad Mubarak*

Chancey O. Smith, Esq.                       Mohammad Mubarak, Esq.
Scottsdale Insurance Company          Nick & Bashar, LLC
2/29/2024                                                  2/29/2024

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 1, 2024, I electronically filed the foregoing with the Clerk of Court via the CM/ECF system, which will provide a Notice of Electronic Filing to all counsel of record.

*/s/ Chancey O. Smith*
Attorney

PD.47339294.1